FILED
2017 NOV 27 PM 3:36
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:17 MJ 4201 |
| KELVIN BEDELL, | : | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Petitioner. | : | **ORDER** |

Upon consideration of the Ex Parte Motion for Appointment of Counsel for the Petitioner, Kelvin Bedell, and for good cause shown, it is hereby:

**ORDERED** that the Federal Public Defender for the Northern District of Ohio is appointed to represent the Petitioner, Kelvin Bedell;

**IT IS SO ORDERED.**

_11-27-17_
DATE

_____
HONORABLE JONATHAN D. GREENBERG
U.S. District Court Magistrate Judge